PC SCAN

[If you need additional space for ANY section, please attach an additional sheet and reference that section]



RECEIVED
10/25/2023    E.C

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Eric E. Bernard

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.                    Case No: 23-CV-50130
                                           (To be supplied by the Clerk of this Court)

Joanna Kemmeren (Warden)

Lieutenant Ryan (Lieutenant)          The Honorable
Sgt. Michea Terry (Correction/Sergent)   Iain Johnston
Officer Philips (Correction/Officer)
John Doe (Nurse)(Nurse)
Nurse Denning (Nurse)

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

___✓___          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
                 U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
                 28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1 of 11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

    A.    Name: ERIC E. BERNARD

    B.    List all aliases: TERRELL KING

    C.    Prisoner identification number: _____

    D.    Place of present confinement: DIXON CORRECTIONAL CENTER

    E.    Address: 2600 N. BRINTON AVE DIXON, IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: DONNA KEMMEREN

        Title: MASTER

        Place of Employment: DIXON CORRECTIONAL CENTER

    B.    Defendant: LIEUTENANT RYAN

        Title: CORRECTIONAL L

        Place of Employment: DIXON CORRECTIONAL CENTER

    C.    Defendant: MICHEAL TERRY

        Title: CORRECTIONAL SERGEANT

        Place of Employment: DIXON CORRECTIONAL CENTER

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2 OF 11

## Additional Defendants

Titles- Place Of Employment

Cecilia Grossman (CNA),
Hailey Decrane (CNA),
Ami Watson (QMHD),
Monica Carpenter (Nurse)
Andrea Tack (Warden),
Nurse Forbes (Nurse),
Nurse Susan Tuell (Nurse),
Maintenance Officer (John Doe),
Ami Watson (Mental Health),
Jennifer Hoffman (Mental Health),
Monica Carpenter (Nurse),
Susan Tuell (Nurse),
Andrea Tack (Warden),
Author Manzano (Warden),
Officer Allen (Internal Affairs),
Joe Doe (Internal Affairs),
Nurse King (Nurse),
Nurse Dixon (Nurse),
Nurse Forbes (Nurse),
    John Doe (Mental Health),
(3) Jane Does (Mental Health)
    Jane Doe (Mental Health)
    Jane Doe (Nurse)
    Jane Doe (CNA)
    Jane Doe (CNA)
    Jane Doe (CNA)
    John Doe (Officer)
    John Doe (Crisis Officer)
    John Doe (Crisis Officer).

All Defendants Are Employed At Dixon Correctional Center.
All Defendants Are Being Sued In Both Their Official And Individual Capacity

3 of 11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.     Name of case and docket number: BERNARD V. WILLIAMS 23-CV-5085

B.     Approximate date of filing lawsuit: AROUND AUGUST 1st 2023

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: TERRELL KING

D.     List all defendants: DAIKE, COX, LONG, DENNING, ROMANSKY, BUTLER, GROSSMAN, DECRANE, PRICHARD, LEVY, ORTIZ, MORLAND, CARRERO, EWOI, JOHN UTEES, JANE DOES

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT NORTHERN DISTRICT ILLINOIS

F.     Name of judge to whom case was assigned: IAIN JOHNSTON

G.     Basic claim made: RETALIATION

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.     Approximate date of disposition: UNDETERMINED

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

SEE EXHIBIT/ATTACHMENT "1"

Revised 9/2007

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4 of 11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On or around April 18, 2021 Plaintiff was diagnosed with several Mental Health illnesses and under under a high level of Mental Health Treatment care with a a long history of self harm and suicide attempts. On or around April 18, 2023 Plaintiff informed Defendants Kemmeren, Terry, Philips, & Grossman, Deckne, Dennings, Tuell, Ryan, J.Carpenter, Watson, Maintenance Officer Jane Doe, John Doe and John Doe that he was suicidal and was a threat to himself and others and requested to be immediately removed from his cell and placed on crisis/suicide watch observation where he'll be in a safe cell. Plaintiff also informed these same named defendants that he was hallucinating and hearing voices and that he was about to set himself on fire and burn himself to death. Defendants Kemmeren, Terry, Philips, Grossman, Deckne, Dennings, Tuell, Ryan, Carpenter, Watson, Maintenance Officer John Doe, Jane Doe and Jane Doe all informed Plaintiff

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5 of 11

THAT PLAINTIFF WILL NOT RECIEVE MENTAL HEALTH SERVICES, NOR PROTECT HIM FROM HIMSELF BECAUSE HE HAS FILED GRIEVANCES AND LAWSUITS AGAINST THEM AND/OR THEIR STAFF. A COUPLE HOURS LATER PLAINTIFF SET HIMSELF ON FIRE AND HIS CELL CAUGHT ON FIRE, PLAINTIFF SUFFERED FROM BURNS ON HIS BODY AND ALMOST DIED FROM THE SMOKE. A CODE WAS CALLED THE FIRE WAS PUT OUT AND PLAINTIFF WAS REMOVED FROM HIS CELL AND WAS ADVISED BY DEFENDANTS DENNING, RYAN, NURSE KING, DECRANE, SUE DeJONG, ANDREA JACK, AMI WATSON, NURSE CARPENTER, OFFICER PHIPPS, JOHN DOE, AUTHOR MANZANO, OFFICER ALLEN, GROSSMAN, NURSE DIXON, NURSE JENNIFER HOFFMAN, KEMMEREN, TERRY THAT PLAINTIFF I WAS NOT RECIEVING MEDICAL ATTENTIONS FOR HIS INJURIES, WAS BEING PLACED ON CRISIS OBSERVATION BUT WILL BE PLACED IN A NON-CRISIS CELL (SOCKET OUTLETS, SCREWS + NAILS LOOSE IN THE WALL, LOOSE GLASS TILE ON THE FLOOR) AND ACKNOWLEDGE THAT THE CELL WASN'T SAFE FOR PLAINTIFF BUT THEY DIDN'T CARE BECAUSE PLAINTIFF HAS FILED GRIEVANCES AND LAW SUITS AGAINST THEM. PLAINTIFF INFORMED THESE DEFENDANTS THAT IF THEY PUT HIM IN THE NON-CRISIS CELL (R6 #36) THAT HE WILL USE THE SOCKET, NAILS, SCREWS AND TILES TO SELF HARM AND COMMIT SUICIDE, THESE DEFENDANTS AGAIN SAID THAT THEY DIDN'T CARE BECAUSE PLAINTIFF HAS FILED GRIEVANCES AND LAWSUITS AGAINST THEM." PLAINTIFF WAS THEN PLACED IN THE NON CRISIS CELL (R6-36). PLAINTIFF IMMEDIATELY START TO ENGAGE IN SELF HARM AND SUICIDE ATTEMPTS OVER THE NEXT FEW DAYS (APRIL 18-21 2020) DURING THESE FEW DAYS NURSE TORRES, JOHN

6 OF 11

Doe Nurse, Three Mental Health Staff Jane Doe and Three CNA's Jane Doe, Jane Doe Nurse and four crisis officers observed Plaintiff's self harm but failed to take any actions, denied Plaintiff Medical Attention and stated that they were doing that because Plaintiff had filed grievances and law suits against them and it's staff. After the few days that Plaintiff was in the non-crisis cell he was eventually moved to crisis cell and placed in four point restraints due to the self harm (burning himself, swallowing nails and screws) while he was in the non-crisis cell(R6-36).

Prior to April 18, 2021 had filed over 100 grievances and a couple lawsuits against ALL Defendants and/or it's staff at Dixon Correctional Center.

## CLAIM # 1 — First Amendment US Constitution
### Retaliation Against ALL Defendants

Kemmeren, Terry Denning, Philips, Grossman, Decrane, John Doe Crisis Officer, Maintenance Officer, Ami Watson, Jennifer Hoffman, Susan Tuell, Lieutenant Ryan, Monica Carpenter, Nurse King, Andrea Tack, Author Manzano, Officer (IA) Allen, John Doe IA Officer, Jennifer Hoffman, Nurse Forbes, John Doe Mental Health Staff, Jane Doe Mental Health Staff, John Doe Nurse, Jane Doe Nurses, Jane Doe CNA'S, Nurse Dixon

Plaintiff incorporates and re alleges the All contents in this Complaint.

7 of 11

Plaintiff has a right to be free from Retaliation under the 1st Amendment of the U.S Constitution.

Plaintiff's filing of grievances and lawsuits to proceed under the First Amendment U.S. Constitution.

Defendants violated the 1st Amendment of the U.S Constitution when they denied Plaintiff his rights to Medical and Mental care and failing to guarantee Plaintiff's safety just because Plaintiff had filed grievances and lawsuits against them and it's staff.

Plaintiff has a right to be protected from himself, provided Medical services / Mental Health Services; to be available to him and his safety guaranteed. under the 8th Amendment of the United States Constitution.

Defendants are Constitutionally obligated under the 8th Amendment to guarantee Plaintiff's health + safety regardless of Plaintiff has filed grievances against them or lawsuits against them or their staff

Defendants violated Plaintiff's right under the 1st Amendment "Retaliation" U.S Constitution when they violated his 8th Amendment rights to Medical / Mental Health Care and to not

8

GUARANTEE Plaintiff's safety just because Plaintiff had filed grievances and lawsuits against them.

As a result of ALL DEFENDANTS acts of RETALIATION, Plaintiff suffer severe burns to his body, severe pain and damage to his stomach from swallowing nails and screws and tiles from when Plaintiff self harmed and suicide attempts between April 18, 2021 through around April 22, 2021.

Plaintiff suffers from Emotional Distress from Defendants Retaliation Acts that occured between April 18, 2021 to April 22, 2021.

Plaintiff suffered long term psychological distress from Defendants acts of Retaliation that happed between April 18, 2021 to April 22, 2022.

9 of 11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

From on-or-around April 18, 2021 through at least April 22, 2021, Plaintiff was a threat to his own safety and others, in need of Mental Health and Medical Services and also needed to be protect from himself. Defendants Kemmeren, Terry, Denning, Philips, Grossman, Maintence Officer, Watson, Hoffman, Tuell, Ryan Carpenter, King, Tack, Manzano, I.A. Officer Allen, I.A. John Doe Officer, Forbes, John Doe Mental Health Staff, Two Jane Does Mental Health Staff, Two Jane Does Nurses, Dixon and 8 CNA Jane Does was aware of Plaintiff's threats, needs for safteu, his need for Medical/Mental Health Treatment and these Defendants have duty to guarantee Plaintiff's saftey and provide him Medical/Mental Health Services but refused to do so based solely on the fact that Plaintiff had filed grievances and lawsuits against them. Each Defendant that's named in this complaint had stated to Plaintiff that the reason that they was denying Plaintiff's care and and saftey was because Plaintiff had filed grievances and lawsuits against them

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10 of 11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

DECLARATORY AND INJUNTIVE RELIEF
COMPENSATORY/MONEY DAMAGES,
PUNITIVE DAMAGE$
EMOTIONAL DISTRESS AND PSYCHOLOGICAL DISTRESS DAMAGES
ANY AND OTHER DAMAGES - WHAT'S AVAILABLE
AND OTHER RELIEF AS THIS COURT DEEMS APPROPRIATE

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___22___ day of ___November___ 2023

_____

_____
(Signature of plaintiff or plaintiffs)

ERIC BERNARD
(Print name)

R25398
(I.D. Number)

R25398
2600 N. BRINTON AVE.
DIXON, IL 61021
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9/2007

11 of 11

EXHIBIT 1    EXHIBIT ATTACHMENTS

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: BERNARD V. D.D.O.C
No 21-CV-50109

B.    Approximate date of filing lawsuit: MARCH 10 2021

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC BERNARD

D.    List all defendants: D.D.O.C

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL

F.    Name of judge to whom case was assigned: MAIN D. JOHNSON

G.    Basic claim made: CONSITUTIONAL VIOLATIONS

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.    Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

EX-A.P.
1 OF 27

(SEE WHOLE HISTORY ON THE BACK PAGES)

Revised 9/2007

23-CV-50130, DATES UNKNOWN 5TH AMENDMENT CLAIMS, FEDERAL COURT, CASE PENDING, IAIN JOHNSTON

BERNARD V. WILKS, 15-CV-50277

BERNARD V. SCOOT No. 15-CV-50277, ERIC E. BERNARD, ROGER SCOTT, IAIN JOHNSTON, CONSTITUTION VIOLATION, PENDING, FEDERAL

BERNARD V. J.DOC NO.20-CV-50413, ERIC E BERNARD, J. DOC, IAIN JOHNSTON, ADA/RA VIOLATION, PENDING, FEDERAL

BERNARD V. J.DOC, No.20-CV-5042, ERIC E. BERNARD, J.DOC, IAIN J. HINSTON, CONSTITUTION VIOLATIONS PENDING, FEDERAL

BERNARD, V. J.DOC. NO. 21-CV-50124, ERIC BERNARD, J.DOC, IAIN JOHNSTON, ROBERT BLAKEY FEDERAL, EXCESSIVE FORCE, PENDING, FEDERAL

BERNARD V. MELVIN. No. 18-CV-01333, ERIC BERNARD, MICHO HELMAN, JAMES SHADD, 8TH AMENDMENT, PENDING, FEDERAL

BERNARD V. CASTEE, NO. UNKNOWN, ERIC BERNARD, KEVIN CASTE, UNKNOWN, DISMISSED, FEDERAL

BERNARD V. ST.JAMES/689, NO. 20-CV-03367, ERIC BERNARD, ST.JAMES/689/, J.DOC, SARA DARCON, 8TH AMEND VIOLATIONS, FEDERAL, PENDING

BERNARD V. SR.ISPATA, NO. 20-CV-05373, ERIC BERNARD, J.DOC, JUDGE ROBERT BLAKEY, ADA/RA, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC, No.20-CV-5346, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC, NO.20-CV-5347, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC, No. 20-CV-5344, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 8TH AMEND, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC N:20-CV-5354, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 8TH AMEND, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC N:20-CV-5342, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED 2020

BERNARD V. J.DOC No.20-CV-5383, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED PENDING

BERNARD V. J.DOC No.20-CV5341, ERIC BERNARD, J.DOC, ROBERT BLAKEY, ADA/RA, FEDERAL, PENDING

BERNARD V. J.DOC No. 20-CV-5368, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 8TH AMEND, FEDERAL

BERNARD V. J.DOC. No.20-CV-5370, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, PENDING

BERNARD V. J.DOC, No. 20-CV-5371, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED

BERNARD V. J.DOC N:20-CV-5382, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED

BERNARD V. J.DOC No.20-CV-5361, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 8TH AMEND, FEDERAL, DISMISSED

BERNARD V. J.DOC No.20 CV 5343, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, FEDERAL, DISMISSED

BERNARD V. J.DOC No.20-CV-5344, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 8TH AMEND, DISMISSED, FEDERAL

BERNARD V. J.DOC No. 20 CV-5350, ERIC BERNARD, J.DOC, ROBERT BLAKEY, 5TH AMEND, DISMISSED, FEDERAL

OTHER STATES OF INFORMS OF IS UNAVAILABLE TO PLAINTIFF AT THE MOMENT.

BERNARD V. JEFFERYS JR., 23-CV-50124, DATES UNAVAILABLE FEDERAL COURT, 5TH AMENDMENT CLAIM, PENDING CASE

BERNARD V. WILKS ET AL, No. 22 CV-50026, DATES UNKNOWN, FEDERAL COURT, 5TH AMENDMENT, CASE DISMISS, JUDGE IAIN JOHNSTON

BERNARD V. CASSIN YET AL, No. 22-CV-50025, DATES UNKNOWN, FEDERAL COURT, 8TH AMENDMENT, CASE DISMISSED BY JUDGE IAIN JOHNSTON

BERNARD V. DALKE No. 23-CV-50269, DATES UNKNOWN, FEDERAL COURT, 8TH AMENDMENT, CASE PENDING, IAIN JOHNSTON

* I MAY HAVE MORE CASES BUT DON'T HAVE THE INFORMATION IN MY POSSESSION AT THE TIME

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: 2015 MR- 0 000 47

B.  Approximate date of filing lawsuit: 2015

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC C BERNARD

D.  List all defendants: MICHEAL MELVIN, DONNA JONES, ANDREW TILDEN, JOHN AND JANE DOES.

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LIVINGSTON COUNTY

F.  Name of judge to whom case was assigned: BAUKERT

G.  Basic claim made: 8TH AND 14TH AMENDMENT VIOLATION

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING. DISMISSED WITHOUT PREJUDICE. PLAINTIFF WAS PARALIZE AND UNABLE TO PROCEED WHILE HOSPITALIZED

I.  Approximate date of disposition: JANUARY 2019

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

BERNARD V. MElVIN, NO. 18-CV-01335

A.     Name of case and docket number: ERIC E. BERNARD -V-
MICHEAl MElVIN, SHARON SIMPSON, LYNSAY COREY,
OFFICER SWISHER, ANDREW TIlDEN, CHERI HANSEN                    No-18-CV-01?

B.     Approximate date of filing lawsuit: _____

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC EUGENE BERNARD AKA TERRElL KING

D.     List all defendants: MICHEAl MElVIN, SHARON SIMPSON,
SWISHER, ANDREW TIlDEN, CHERI HASEN

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court,
name the county): FEDERAl COURT, CENTRAl Illinois

F.     Name of judge to whom case was assigned: JAMES SHADID

G.     Basic claim made: DENIAl of 8th AND 14th AMENDMENT
VIOLATION

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed?
Is it still pending?): PENDING

I.     Approximate date of disposition: Still PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: ERIC BERNARD — V— JOHN BALDWIN, NO. 18-MR-183

B. Approximate date of filing lawsuit: 2018 (UNKNOWN EXACT DATE)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD AKA TERRELL KING

D. List all defendants: ANGIN, ATKIN, BALDWIN, SCHAVE, BAPTIST, BENNER, BENNET, BOGGESS, CALDWELL, CULKIN, CULLMANN, DUCKWORTH, EVANS, FOX, GORE, HANSEN, JONSON

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LIVINGSTON COUNTY, STATE OF Illinois

F. Name of judge to whom case was assigned: BLANKURT

G. Basic claim made: 8th 14th AMENDMENT VIOLATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING FOR APPEAL

I. Approximate date of disposition: TO BE DETERMINE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. CASTEL ET AL
No 1:19 -CV-0100 -CSB

B. Approximate date of filing lawsuit:

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC BERNARD

D. List all defendants: KEVIN CASTELL AND OFFICER
VAGIN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FILED IN NORTHERN ILLINOIS DISTRICT
BUT TRANSFERED TO CENTRAL DISTRICT ILLINOIS

F. Name of judge to whom case was assigned: UNKNOWN

G. Basic claim made:

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): WITHOUT PREJUDICE DISMISSED

I. Approximate date of disposition: MARCH 2019

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: BERNARD -V- MELVIN NO. 18-MR-46

B.   Approximate date of filing lawsuit: 2018 (UNKNOWN DATE)

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Meza ERIC BERNARD

D.   List all defendants: MICHEAL MELVIN, EMILY RUSKEM, TERRI KENNEDY, LT. EVANS, OFFICER CLAUD PITTMAN

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): STATE OF ILLINOIS, LIVINGSTON COUNTY

F.   Name of judge to whom case was assigned: BARRKURT (?)

G.   Basic claim made: 8th AND 14th AMENDMENT VIOLATIONS

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE, PLAINTIFF BECAME PARALIZED

I.   Approximate date of disposition: NOVEMBER 2020 JANUARY

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: BERNARD v. P.D.D.iC 20-cv-5347

B.    Approximate date of filing lawsuit: 9-10-20

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD ALiAS TERRELL KING

D.    List all defendants: P.D.DiC , JEFFREYS, MiLES, WiLLiAMS BARNES, JANE DOES, JOHN DOES, OTHER UNKNOWN DEFENDANTS

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.    Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.    Basic claim made: 8TH, 14TH AMENDMENT VIOLATIONS

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.    Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

7

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: BERNARD V. SCHWAB REHABILITATION 20 CV 05373 (JOINED) 05355

B.   Approximate date of filing lawsuit: ___9-10-20___

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D.   List all defendants: SCHWAB REHABILITATION HOSPITAL, MICHELLE GUTTLER, FABIOLLA SEQUERIA KOPP, DR. ELI, DR. VINCE, BETSY GERTZ, JOHN DOES AND JANE DOES (OTHER UNKNOWN)

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.   Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.   Basic claim made: DELIBERATELY INDIFFERENCE TO SERIOUS MEDICAL NEED, CRUEL UNUSUAL PUNISHMENT).

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): REMANDED/ VOLUNTARY DISMISSAL

I.   Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

8

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD V. ILLINOIS DEPARTMENT OF CORRECTION 20-CV-50407

B.  Approximate date of filing lawsuit: 9-10-20

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD, Alias TERRELL KING

D.  List all defendants: I.D.O.C, ROB JEFFREYS, JOHN WARGA, SONTA NICKLAUS, LT GANGER, SGT SKIDWORTH, (WO) OSDANOUGH FLITTE, CECELIA GROSSMAN, ADUSE MENTOR, JOHN DOES JANE DOES OTHER UNKNOWN

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.  Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.  Basic claim made: CRUEL UNUSUAL PUNISHMENT, EXCESSIVE FORCE

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING VOLUNTARY DISMISSAL

I.  Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

9

IV. List **ALL** lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. I.DOC 02300 05383

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E BERNARD ALIAS TERRELL KING

D. List all defendants: I.D.O.C, JOHN BALDWIN, ROB JEFFREYS, SHERMIN MILES, WARDEN WILLIAMS, JANE DOES AND JOHN DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: 9-10-20

G. Basic claim made: 8th AND 14th AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD v. I.D.O.C 20 CV 05382

B.  Approximate date of filing lawsuit: 9-18-20

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E, BERNARD ALIAS TERROLL KING

D.  List all defendants: a. I.D.O.C, ROB JEFFREYS, SONJA NICKLAUS, AMBER ALLEN, MONICA CARPENTER, DACIA HUTCHISON, OFFICER HERNE, ADVANCE MEDICAL SERVICE, JOHN DOES, CHAMPAIGN COUNTY, DEPUTY RICHIE, JANE DOES, OTHER UNKNOWN

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.  Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.  Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): VOLUNTARY DISMISSAL W/O PREJUDICE

I.  Approximate date of disposition: 10-23-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

11

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARNARD v. IDOC 20-CV-05361

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: IDOC ROB JEFFREYS, TINA TAMMORES, NURSE JENNIFFER, JANE DOES, JOHN DOES, ERIC BERNARD ALIAS TERREL KING

D. List all defendants: I.D.O.C, ROB JEFFREYS, LT WEST, TINA TAMMORES, NURSE JENNIFER, JANE DOES AND JOHN DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED, CRUEL UNUSUAL PUNISHMENT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING VOLUNTARY DISMISSAL

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

12

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. IDOC ETAL 20 CV 50413
BERNARD V. JEFFREYS, ETAL 20 CV 50413 50413

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E.
BERNARD ALIAS TERRELL KING

D. List all defendants: a)D.O.C, ROB JEFFREYS, DAVID SKIDWORTH
LT. GANGER JOHN DOES JANE DOES (OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: IAIN D. JOHNSTON

G. Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS
MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

13

IV. List **ALL** lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):
053.44
053.378
053.350
JOINED
05341

A. Name of case and docket number: BERNARD V. DOC 20 CV 5343 / 05341

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD ALIAS TERREL KING

D. List all defendants: 2.D.D.C, JOHN BALDIN, ROB JEFFREIK SHERWIN MILES, B. BARNES, MARDEN WILLIAMS, JOHN DOES, JANE DOES, OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED W/O PREJUDICE

I. Approximate date of disposition: 10-22-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V. J.D.O.C 20 CV5368

B. Approximate date of filing lawsuit: SEPTEMBER 10 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: J. DOC JOHN BALDWIN ROB JEFFREYS SGT. THOMAS, OFFICER JOHNSON, JACQUELINE ARNEY, JOHN DOES AND JANE DOES ERIC E. BERNARD, ALIASES TERRELL KIRK

D. List all defendants: J. DOC, ROB JEFFREY, SGT. THOMAS, JOHN BALDWIN, OFFICER JOHNSON, JACQUELINE ANBARNEY, JOHN DOE JANE DOE, UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JUDGE JOHN ROBERT BLAKEY

G. Basic claim made: COPSAFE EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

16

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD v. 2DIDOC 20-CV-5349

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: IDOC, ROB JEFFRCUS, B.BARNS, WILLIAMS, SHERMIN MILES JANE DOES, JOHN DOC ERIC BERNARD AKA TERRELL KING

D. List all defendants: 2.DOC, ROB JEFFRCUS, B.BARNES, SHERMIN MILES, WILLIAMS, JANE DOES, JOHN DOGS OTHER UNKNOWN DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8TH, 14TH AMENDMENT U.S. CONSTUTION VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

17

Revised 9/2007

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: BERNARD v. IDOC ETAL   20-CV-50535

B.   Approximate date of filing lawsuit: 9-10-20

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D.   List all defendants: I.D.DOC, ROB JEFFERYS, SONJA NICKLAUS, AMBER ALLEN, JANE DOES, JOHN DOES, UNKNOWN

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.   Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.   Basic claim made: DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.   Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

18

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD v DDOC ETAL 20CV-5346

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D. List all defendants: DDOC, TERRE JEFFREYS, MILES WILLIAMS, BARNES, JANE DOCS, JOHN DOES OTHER DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8th 14th AMENDMENT Violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

SEE ATTATCHMENT LITIGATION HISTORY 8 PAGES

19

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: BERNARD V. JEFFREYS
2D-CV-5D412

B.   Approximate date of filing lawsuit:  SEPTEMBER OR NOVEMBER 2020

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Terell King

D.   List all defendants:  ROBERT JEFFREYS, SONJA NICKLAUS ET AL

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):  FEDERAL

F.   Name of judge to whom case was assigned: DIAN JOHNSTON

G.   Basic claim made: REHABILITATION ACT, AMERICANS WITH DISABILITIES ACT

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  PENDING

I.   Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

20

ATTACHMENT "N"

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: BERNARD V. JEFFREYS, ET N
     21-CV-50124

B.   Approximate date of filing lawsuit: 2021 UNKNOWN

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD

D.   List all defendants: ROB JEFFREYS, AMBER ALLEN, MONICA CARPENTER,
     NICKLAUS, WILKS, TACK, KAMMEROW, CASSIDY, GLENN,
     SKZYNDSKI, REYNOLDS, NICHOLAUS, GRAFT

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS, UNITED STATES COURT

F.   Name of judge to whom case was assigned: JUDGE JOHNSTON

G.   Basic claim made: CRUEL UNUSUAL PUNISHMENT, DELIBERANT INDIFFERANCE
     TO SERIOUS MEDICAL NEED

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED W/O PREJUDICE ON 2021

I.   Approximate date of disposition: 2021 (UNKNOWN NTNAWINABLE)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(SEE ATTACHMENTS #1 (1 THROUGH 20)

21

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ATTACHMENT: LITIGATION HISTORY  20 PAGES

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PLAINTIFF MAY HAVE MORE PENDING LITIGATIONS BUT DON'T KNOW THE PROPER INFORMATION

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: BERNARD V. SCOTT SCOTT ETAI No. 3:15-CV-50277

B.  Approximate date of filing lawsuit: OCTOBER 2016

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD

D.  List all defendants: BALLARD, COOK, EMMER, FLOYD, FOX, HABERKAMP KING, KLEIN, MALONE, McROBERTS, DARNOW, SCOTT, SMITH, DEKALB COUNTY JAIL

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): DEKALB COUNTY ILLINOIS

F.  Name of judge to whom case was assigned: KAPALA

G.  Basic claim made:

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SUMMARY OF JUDGEMENT PENDING

I.  Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]